UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAMELA FORTE,

Plaintiff,

v.

RYERSON TULL, INC., d/b/a
Joseph T. Ryerson & Son, Inc. and
JOHN RICH,

Defendants.

CIVIL NO. 00-1136 (DSD/JMM)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: May 10, 2000

JOHN M. MASON
United States Magistrate Judge

Filed MAY 10 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Please use new case number

00-1136 DSD/AJB