**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Pamela Forte,

Civil No. 00-1136 DSD/AJB

Plaintiff and
Counterclaim Defendant,

v.

**ORDER**

Ryerson Tull, Inc., d/b/a
Joseph T. Ryerson & Son, Inc. and
John Rich,

Defendants and
Counterclaim Plaintiff.

---

The above matter came before the Court on Defendant's Motion to Withdraw Admission and Compel Responses to Discovery. [Docket No. 24]. Based upon the representations of counsel, Defendant's Motion is now moot to the extent that it seeks an order to compel. Based upon the file, affidavits and arguments of counsel,

**IT IS HEREBY ORDERED that:**

1. Defendant's Motion, to the extent that it is not moot (as indicated above), is **granted** [Docket No. 24];

2. Defendant shall make Defendant John Rich available for deposition within 30 days of the date of this Order;

3. Defendant's Motion to Withdraw Admission is **granted**.

Dated: 10/3/00

ARTHUR J. BOYLAN
United States Magistrate Judge

OCT 0 3 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**MEMORANDUM**

At the hearing on this matter, counsel for the parties represented that the only remaining issue, with respect to the motion to compel, is the production of a written response to Defendant's request for documents. Counsel for Plaintiff has represented that such a response shall be produced. Therefore, Defendant's Motion is now moot to the extent that it seeks an order to compel.

The Court is aware that a hearing has been scheduled for November 3, 2000, for the purposes of hearing a Motion for Summary Judgment. The deposition of John Rich should take place prior to said hearing.

AJB