# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Pamela Forte,

Case No. Civil 00-1136 DSD/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Ryerson Tull, Inc., d/b/a
Joseph T. Ryerson and Sons, Inc.
and John Rich,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

1. Summary judgment in favor of defendant is granted on Count Four, the overtime pay issue; and

2. The remaining state law claims (Counts 1, 2, 3, 5, 6, 7, 8, 9, 10, 11) are dismissed without prejudice.

DATE: December 18. 2000

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk